IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,                      No. C 11-05828 YGR (PR)

         Petitioner,                            **JUDGMENT**

   vs.

MIKE GROTTKAU, et al.,

         Respondents.
                                         /

      Pursuant to the Court's Order Granting Respondents' Motion to Dismiss; Denying Petitioner's Pending Motions; and Denying His Application for Immediate Stay as Moot signed today, the petition is DISMISSED as unexhausted. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

      IT IS SO ORDERED.

DATED: September 14, 2012

                                          **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Turner5828.jud.wpd