**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | No. C 11-05828 YGR (PR) |
|     Petitioner, | **JUDGMENT** |
|   vs. | |
| MIKE GROTTKAU, et al., | |
|     Respondents. | |

Pursuant to the Court's Order Granting Respondents' Motion to Dismiss; Denying Petitioner's Pending Motions; and Denying His Application for Immediate Stay as Moot signed today, the petition is DISMISSED as unexhausted. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: September 14, 2012

                                               **YVONNE GONZALEZ ROGERS**
                                               **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Turner5828.jud.wpd